| | |
|---|---|
| Jeremy T. Bergstrom, Esq. | E-filed on <u>September 9, 2009</u> |

Attorney Bar No. 6904
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV  89052
(702) 369-5960 / FAX (702) 369-4955
File No. 09-94708

Attorneys for Secured Creditor
BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re, | BK No.: BK-S-09-24692-LBR |
| ENEDELIA HERNANDEZ, | Chapter 13 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

    Jeremy T. Bergstrom, Esq.
    MILES, BAUER, BERGSTROM & WINTERS, LLP
    2200 Paseo Verde Pkwy., Suite 250
    Henderson, NV  89052
    PH (702) 369-5960

                              MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated:   <u>September 8, 2009</u>   By:   <u>/s/ Jeremy T. Bergstrom, Esq.</u>
                                              Jeremy T. Bergstrom, Esq.
                                              Attorney for Secured Creditor

1

**CERTIFICATE OF MAILING**

1 

2  The undersigned hereby certifies that on __September 9, 2009__, a copy of the

3  **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a

4  true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United

5  States Mail, addressed as follows:

6  ATTORNEY FOR DEBTOR:
Jorge L. Sanchez
7  Sanchez Law Group
930 S. Fourth St. #211
8  Las Vegas, NV 89101

9  CHAPTER 13 TRUSTEE:
Rick A. Yarnall
10  701 Bridger Ave. #820
Las Vegas, NV  89101
11 
    I declare under penalty of perjury under the laws of the State of Nevada that the
12 
foregoing is true and correct.
13 
                                            /s/ Michelle L. Benson
14                                          An Employee of Miles, Bauer, Bergstrom & Winters, LLP
**(09-94708/rfsnlv.dot/mlb)**

2