JORGE L. SANCHEZ, ESQ.
Nevada Bar No. 10434
SANCHEZ LAW GROUP, LTD.
900 South Fourth Street, Suite 100
Las Vegas, Nevada 89101
Phone (702) 635-8529
Fax (702) 537-2800
E-mail jsanchez@sanchezlawgroup.net
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) BK-09-24692-LBR<br>) CHAPTER 13<br>ENEDELIA HERNANDEZ )<br>) **NOTICE OF VOLUNTARY CONVERSION**<br>Debtor(s) ) **OF DEBTOR'S CASE FROM CHAPTER 13**<br>) **TO CHAPTER 7**<br>)<br>) DATE: n/a<br>) TIME: n/a/<br>) ESTIMATED TIME FOR HEARING: n/a |

TO:    ALL INTERESTED PARTIES

    NOTICE IS HEREBY GIVEN that pursuant to 11 USC 1307(a), the Debtor, Enedelia Hernandez, has elected to convert the above-captioned Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

Dated: January 19, 2010

/s/Jorge L. Sanchez, Esq.
JORGE L. SANCHEZ, ESQ.
Attorney for Debtor

JORGE L. SANCHEZ, ESQ.
Nevada Bar No. 10434
SANCHEZ LAW GROUP, LTD.
900 South Fourth Street, Suite 101
Las Vegas, Nevada 89101
Phone (702) 635-8529
Fax (702) 537-2800
E-mail jsanchez@sanchezlawgroup.net
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) BK-09-24692-LBR |
| | ) CHAPTER 13 |
| ENEDELIA HERNANDEZ | ) |
| | ) **CERTIFICATE OF SERVICE** |
| Debtor(s) | ) **NOTICE OF VOLUNTARY CONVERSION** |
| | ) **OF DEBTOR'S CASE FROM CHAPTER 13** |
| | ) **TO CHAPTER 7** |
| | ) |
| | ) DATE: n/a |
| | ) TIME: n/a/ |
| | ) ESTIMATED TIME FOR HEARING: n/a |

1. On January 19, 2010, I served the following document(s):

**<u>Notice of Voluntary Conversion of Debtor's Case from Chapter 13 to Chapter 7</u>**

2. I served the above-named document(s) by the following means to the persons as listed below:

a. ECF System

Rick A. Yarnall, Chapter 13 Trustee

b. First Class Mail, postage fully prepaid, addressed as follows:

See Attached Mailing Matrix

c. Personal Service

I personally delivered the document(s) to the persons at these addresses:

d. By direct email

1     Based upon the written agreement of the parties to accept service by email or a court
2 order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did
3 not receive, within a reasonable time after the transmission, any electronic message or other
4 indication that the transmission was unsuccessful.

5     e.    By fax transmission

6     Based upon written agreement of parties to accept service by fax transmission or a court
7 order, I faxed the document(s) to the persons at the fax numbers listed below. No error was
8 reported by the fax machine that I used. A copy of the fax transmission is attached.

9     f.    By messenger

10 I declare under penalty of perjury that the foregoing is true and correct.

11 Dated: January 19, 2010

12 /s/Brandy Goodwin/s/

13 An employee of Sanchez Law Group

```
Label Matrix for local noticing         BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWI    RECOVERY MANAGEMENT SYSTEMS CORPORATION
0978-2                                  MILES, BAUER, BERGSTROM & WINTERS              25 S.E. SECOND AVENUE
Case 09-24692-lbr                       2200 PASEO VERDE PARKWAY, STE 250              INGRAHAM BUILDING, SUITE 1120
District of Nevada                      HENDERSON, NV 89052-2704                       MIAMI, FL 33131-1506
Las Vegas
Tue Jan 19 11:39:58 PST 2010

SPECIALIZED LOAN SERVICING, LLC         United States Bankruptcy Court                 BAC HOME LOANS SERVICING, L.P. FKA
8742 LUCENT BLVD SUITE 300              300 Las Vegas Blvd., South                     COUNTRYWIDE HOME LOANS SERVICING, L.P.
HIGHLANDS RANCH, CO 80129-2386          Las Vegas, NV 89101-5833                       PO BOX 10219
                                                                                       VAN NUYS, CA 91410-0219


Bac Home Loans Servici                  CHASE BANK USA,N.A.                            Kohls/Chase
Acct No 127503490                       C/O CREDITORS BANKRUPTCY SERVICE               Acct No 039755805752
450 American St                         P O BOX 740933                                 N56 W 17000 Ridgewood Dr
Simi Valley, CA 93065-6285              DALLAS, TX 75374-0933                          Menomonee Falls, WI 53051-5660


Onewest Bank                            Recovery Management Systems Corporation        Specialized Loan Servi
Acct No 6683002923328                   25 S.E. 2nd Avenue, Suite 1120                 Acct No 1003116578
6900 Beatrice Dr                        Miami, FL 33131-1605                           8742 Lucent Blvd Ste 300
Kalamazoo, MI 49009-9559                                                               Highlands Ranch, CO 80129-2386


Specialized Loan Servicing as Attorney-in-Fa    Unvl/Citi                              ENEDELIA HERNANDEZ
U.S. Bank National Association, as Trust        Acct No 549113032263                   4285 NORTH KEVIN WAY
relating to Home Equity Mortgage Trust S        8787 Baypines                          LAS VEGAS, NV 89129-3622
8742 Lucent Blvd                                Jacksonville, FL 32256-8528
Suite 300
Highlands Ranch, CO 80129-2386

JORGE L. SANCHEZ                        RICK A. YARNALL
SANCHEZ LAW GROUP                       701 BRIDGER AVE., #820
900 S. FOURTH ST., STE 100              LAS VEGAS, NV 89101-8943
LAS VEGAS, NV 89101-6805
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)ONEWEST BANK, FSB                    (du)OneWest Bank, FSB                          End of Label Matrix
                                                                                       Mailable recipients    16
                                                                                       Bypassed recipients     2
                                                                                       Total                  18