**Entered on Docket**
**June 18, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

WILLIAM A. LEONARD, JR.
6625 S. Valley View Blvd.
Bldg. B, Suite 224
Las Vegas, NV 89118
(702) 262-9322
TRUSTEE
BrittBK@cox.net

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 09-24692 LBR |
| ENEDELIA HERNANDEZ | IN PROCEEDINGS UNDER CHAPTER 7 |
| | ORDER DISMISSING CASE |
| Debtor(s) | Date: June 16, 2010<br>Time: 11:00 a.m.<br>Place: Foley Bldg., Third Floor |

The Trustee's Motion for an Order to Dismiss Case under 11 U.S.C. Sections 343, 521 and 707(a)(1) came on regularly for hearing on June 16, 2010, before a United States Bankruptcy Judge. WILLIAM A. LEONARD, JR., Trustee, appeared personally, and other appearances are as noted on the record. The Court finding that notice was given to the Debtor, Debtor's attorney, creditors, and all interested parties, no response having been filed or heard, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. This Chapter 7 case is dismissed;

2. The Trustee is discharged from office, the Trustee's bond is exonerated and this case is

1

1  ordered closed; and

2      3. The Clerk of the Court shall provide notice to all creditors and interested parties of the
3  dismissal of this case.

4

5  Submitted by:

6  /s/ *William A. Leonard, Jr.*
   WILLIAM A. LEONARD, JR.
7  Trustee

8

9  In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

10  ___ The court has waived the requirement of approval under LR 9021.

11  _✓_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties
12  who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to
13  respond to the document]:

|  | Approved | Disapproved | Failed to Respond |
|---|---|---|---|
|  |  |  |  |
| 930 S. FOURTH ST., #211, |  |  |  |
|  |  |  |  |

###

2